# Supreme Court of Florida

_____

No. SC18-270
_____

**WILLIAM J. VICKERS,**
Petitioner,

vs.

**ANNIE D. THOMAS,**
Respondent.

November 29, 2018

PER CURIAM.

We initially accepted jurisdiction to review the decision of the Fifth District Court of Appeal in *Vickers v. Thomas*, 237 So. 3d 412 (Fla. 5th DCA 2017), based on express and direct conflict. *See* art. V, § 3(b)(3), Fla. Const. After further consideration and hearing oral argument, we exercise our discretion to discharge jurisdiction. Accordingly, we hereby discharge jurisdiction and dismiss this review proceeding.

It is so ordered.

CANADY, C.J., and PARIENTE, LEWIS, QUINCE, POLSTON, LABARGA, and LAWSON, JJ., concur.

NO MOTION FOR REHEARING WILL BE ALLOWED.

Application for Review of the Decision of the District Court of Appeal – Direct Conflict of Decisions

       Fifth District - Case No. 5D15-3610

       (Seminole County)

Angela C. Flowers of Kubicki Draper, P.A., Ocala, Florida,

       for Petitioner

Jeffrey M. Byrd and Heather A. Trombly of Jeffrey M. Byrd, P.A., Orlando, Florida,

       for Respondent